# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED DECEMBER 29, 2023

## NO. 03-21-00556-CV

**Nathanael Brown, Appellant**

**v.**

**Jessica Freed and Samuel Freed, Appellees**

**APPEAL FROM COUNTY COURT AT LAW NO. 2 OF TRAVIS COUNTY
BEFORE JUSTICES BAKER, THEOFANIS, AND JONES
AFFIRMED IN PART; DISMISSED IN PART ON MOTION FOR REHEARING --
OPINION BY JUSTICE JONES**

The Court withdraws its opinion and judgment dated August 1, 2023. This is an appeal from the judgment signed by the trial court on August 30, 2021. Having reviewed the record and the parties' arguments, the Court holds that it lacks jurisdiction over the portion of the trial court's judgment resolving the merits of Freeds' suit against the Greenbergs. Therefore the Court dismisses for want of jurisdiction that portion of the trial court's judgment. The Court further holds that there was no reversible error in the portion of the trial court's judgment denying Brown's amended motion for joinder. Therefore, the court affirms that portion of the trial court's judgment. Brown shall pay all costs relating to this appeal, both in this Court and in the court below.